Argued April 28, affirmed May 23, 1977

In the Matter of the Marriage of
SMITH, *Appellant,*
*and*
SMITH, *Respondent.*
(No. 76-7145, CA 7582)
564 P2d 750

W. A. Franklin, Portland, argued the cause for appellant. With him on the brief was Franklin, Bennett, Ofelt & Jolles, P. C., Portland.

Ira L. Gottlieb, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Johnson, Judges.

PER CURIAM.

Affirmed. *Starin and Starin,* 29 Or App 557, 564 P2d 748 (1977).